John A. Mayers, Esq. (CSB #149149)
MULVANEY, KAHAN & BARRY
401 West A Street, 17th Floor
San Diego, CA 92101-7994
Telephone: 619 238-1010
Facsimile: 619 238-1981
Email: jmayers@mkblaw.com

Attorneys for Defendant LAW OFFICE OF
DANIEL J. HORWITZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA DISTRICT OF CALIFORNIA

| ERICA WELKER, | CASE NO. 08-CV-2259-MMA-WMc |
|---|---|
| Plaintiff, | NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12 (B) (6) AND CALIFORNIA ANTI-SLAPP LEGISLATION; REQUEST FOR FEES AND COSTS |
| v. | |
| LAW OFFICE OF DANIELJ. HORWITZ, | |
| Defendant. | Date: March 20, 2009 |
| | Time: 2:30 |
| | Crtrm: 5 |
| | Judge: Hon. Michael Anello |

**TO: PLAINTIFF AND HER ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that on March 20, 2009, at 2:30 p.m., or as soon as the matter may be heard in Courtroom 5 of this Court, located at 940 Front Street, San Diego, California  92101, the Honorable Michael M. Anello presiding, Defendant LAW OFFICE OF DANIEL J. HORWITZ ("Horwitz") will and hereby does move this Court for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Federal Fair Debt Collection Practices Act Claim (hereinafter "FDCPA"), in the first Claim for Relief as well as the California state law claim asserted by Plaintiff in the Second Claim for Relief contained in the Complaint filed herein.

This Motion is made on the grounds that the state law claim under California Civil Code §§ 1788, *et seq.* ("Rosenthal Act"), fails because it is based upon alleged communications made in connection with a state court collection action and, therefore, barred by the litigation privilege codified at California Civil Code § 47.  This Motion is also based on the complete failure to properly allege claims under the FDCPA and the fact that no violation can be stated.  The Motion further seeks an award of fees and costs under California's Anti-SLAPP legislation codified at Code of Civil Procedure Section 425.16 et. seq. as well as the mandate of the FDCPA at 15 U.S.C. Section 1692k(a)(3) for baseless claims.  The undersigned counsel received the case assignment from Horwitz in late December, 2008.

This Motion will be based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in Support of the Motion, the Declaration of Daniel J. Horwitz and all exhibits appended thereto, upon all of the records on file in this action, and upon such other and further evidence or argument that the Court may permit at the hearing in this matter.

DATED:  January 20, 2009          MULVANEY, KAHAN & BARRY


By: /s/ John A. Mayers
John A. Mayers, Esq
Attorneys for Defendant LAW OFFICE OF DANIEL J. HORWITZ

2