John A. Mayers, Esq. (CSB #149149)
MULVANEY, KAHAN & BARRY
401 West A Street, 17th Floor
San Diego, CA 92101-7994
Telephone: 619 238-1010
Facsimile: 619 238-1981
Email: jmayers@mkblaw.com

Attorneys for Defendant LAW OFFICE OF
DANIEL J. HORWITZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA WELKER,<br><br>Plaintiff,<br><br>v.<br><br>LAW OFFICE OF DANIELJ. HORWITZ,<br><br>Defendant. | CASE NO. 08-CV-2259-MMA-WMc<br><br>DECLARATION OF DANIEL J. HORWITZ IN SUPPORT OF MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12 (B) (6) AND CALIFORNIA ANTI-SLAPP LEGISLATION; REQUEST FOR FEES AND COSTS<br><br>Date: March 20, 2009<br>Time: 2:30 p.m.<br>Courtroom: 5 |

I, DANIEL J. HORWITZ, declare as follows:

1.  I am an individual, over the age of eighteen years and the principal of the Defendant in this action. I am also a duly licensed and practicing California attorney. I have personal knowledge of the foregoing facts, and, if called as a witness, I could and would competently testify thereto.

2.  Attached hereto as Exhibit "A" and incorporated herein by reference are true and correct copies of the Validation Notices I prepared, and caused to be served on SHANNON CURIEL and ERICA WELKER.

3.  The letters comprising Exhibit "A" were served only on the intended recipients. Each was served along with the appropriate Summons and Complaint and the Notice of Case Assignment related to the State Court litigation I commenced against each.

1

DECLARATION OF DANIEL J. HORWITZ                                Case No. 08-CV-2259-MMA-WMc

4. Neither of the letters comprising Exhibit "A" was ever mailed.

5. I have had no contact with either SHANNON CURIEL or ERICA WELKER other than causing a process server to deliver the respective letters comprising Exhibit "A."

6. The "principal amount due" reflected in the validation notices comprising Exhibit "A" is actually the amount that the client would accept as payment in full if paid within thirty days of service of the complaint.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: 1/16/09, at San Diego California.

Daniel J. Horwitz

2

DECLARATION OF DANIEL J. HORWITZ

**LAW OFFICE OF DANIEL J. HORWITZ**
110 West C Street, Suite 913
San Diego, California   92101
Tel.  (619) 236-1149
Fax:  (619) 236-0793

**VALIDATION NOTICE**

October 2, 2008

TO:   ERICA WELKER
      6064 Paseo Pradera
      Carlsbad, CA   92009

RE:   Creditor: AMBULATORY CARE SURGERY CENTER
      Principal amount of claim: $23,508.61

AMBULATORY CARE SURGERY CENTER has retained me to collect your outstanding balance, interest at the legal rate, and reimbursement of court costs related to your past-due account for medical services rendered.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume the debt is valid.

If you notify this office within 30 days after receiving this notice that this debt, or any portion thereof, is disputed, this office will obtain verification of the debt or obtain a copy of the judgment and mail you a copy of such judgment or verification.

If within 30 days of your receipt of this notice you request that this office provide you with the name and address of the original creditor, if there is a different creditor from the named creditor above, this information will be provided, or we will confirm that the named creditor above is the original creditor.

All statements set forth herein pertain to your relationship with me as a debt collector.  It does not affect your dealings with the court, and in particular it does not change the time at which you must answer the complaint.  The summons is a command from the court, not from me, and you must follow its instructions even if you dispute the validity or amount of the debt.  The advice in this letter also does not affect my relations with the court.  As a lawyer, I may file papers in the suit according to the court's rules and the judge's instructions.

This office is acting as a debt collector.  Any information obtained will be used for that purpose.

Daniel J. Horwitz, Esq.
Attorney at Law

**Exhibit A**

**LAW OFFICE OF DANIEL J. HORWITZ**
110 West C Street, Suite 913
San Diego, California  92101
Tel. (619) 236-1149
Fax: (619) 236-0793

**VALIDATION NOTICE**

October 3, 2008

TO:   SHANNON CURIEL
      1538 Willowspring Drive
      Encinitas, CA  92024

RE:   Creditor: AMBULATORY CARE SURGERY CENTER
      Principal amount of claim: $7,593,17

AMBULATORY CARE SURGERY CENTER has retained me to collect your outstanding balance, interest at the legal rate, and reimbursement of court costs and attorney's fees related to your past-due account for medical services rendered.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume the debt is valid.

If you notify this office within 30 days after receiving this notice that this debt, or any portion thereof, is disputed, this office will obtain verification of the debt or obtain a copy of the judgment and mail you a copy of such judgment or verification.

If within 30 days of your receipt of this notice you request that this office provide you with the name and address of the original creditor, if there is a different creditor from the named creditor above, this information will be provided, or we will confirm that the named creditor above is the original creditor.

All statements set forth herein pertain to your relationship with me as a debt collector. It does not affect your dealings with the court, and in particular it does not change the time at which you must answer the complaint. The summons is a command from the court, not from me, and you must follow its instructions even if you dispute the validity or amount of the debt. The advice in this letter also does not affect my relations with the court. As a lawyer, I may file papers in the suit according to the court's rules and the judge's instructions.

This office is acting as a debt collector. Any information obtained will be used for that purpose.

Daniel J. Horwitz, Esq.
Attorney at Law

**Exhibit A**