Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| Erica Welker<br><br>                     Plaintiff,<br><br>v.<br><br>Law Office of Daniel J. Horwitz<br><br>                     Defendant. | Case No: 08cv2259 IEG (WMc)<br><br>**Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities; Declaration of Robert L. Hyde; Exhibits A and B**<br><br>Date: March 22, 2010<br>Time:  10:30 AM<br><br>Location: U.S. District Court<br>              Federal Courthouse,<br>              940 Front Street,<br>              Courtroom #1, 4th Floor<br>              San Diego, CA<br><br>Judge:  Hon. Irma E. Gonzalez |
|---|---|

**TO: ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on March 22, 2010 at 10:30 AM, or as soon thereafter as the matter may be heard, the plaintiff will appear in this action and move the above entitled Court, located at the U.S. District Court, Federal Courthouse, 940 Front Street, Courtroom #1, 4th Floor, San Diego, CA, for an order granting summary judgment in favor of the plaintiff, pursuant to Federal Rules of Civil Procedure, Rule 56(b), on the grounds that this action is meritorious and there is no triable issue as to any material fact and defendant is entitled to judgment as a matter of law.

This motion is based upon this Notice, the records and papers on file herein, the attached Memorandum of Points and Authorities, the Declaration of Robert L. Hyde, Exhibits A & B attached, and on such other evidence as may be presented at the hearing of this motion. .

Respectfully submitted,

Date: February 19, 2010

**Hyde & Swigart**

By: /s/ Robert L. Hyde
Robert L. Hyde
Attorneys for Plaintiff