# Plaintiff's Exhibit A

## Declaration of Daniel J. Horwitz

## Dated January 16, 2009

_____

Erica Welker

v.

Law Office of Daniel J. Horwitz

Case No: 08cv2259 IEG (WMc)

1  John A. Mayers, Esq. (CSB #149149)
   MULVANEY, KAHAN & BARRY
2  401 West A Street, 17th Floor
   San Diego, CA 92101-7994
3  Telephone: 619 238-1010
   Facsimile: 619 238-1981
4  Email: jmayers@mkblaw.com

5  Attorneys for Defendant LAW OFFICE OF
   DANIEL J. HORWITZ
6

7

8
                    UNITED STATES DISTRICT COURT
9
          SOUTHERN DISTRICT OF CALIFORNIA DISTRICT OF CALIFORNIA
10
   ERICA WELKER,
11                                      CASE NO. 08-CV-2259-MMA-WMc
                 Plaintiff,
12                                      DECLARATION OF DANIEL J.
   v.                                   HORWITZ IN SUPPORT OF MOTION
13                                      TO DISMISS COMPLAINT PURSUANT
   LAW OFFICE OF DANIELJ.               TO FRCP 12 (B) (6) AND CALIFORNIA
14 HORWITZ,                             ANTI-SLAPP LEGISLATION; REQUEST
                                        FOR FEES AND COSTS
15               Defendant.
                                        Date: March 20, 2009
16                                      Time: 2:30 p.m.
                                        Courtroom: 5
17
        I, DANIEL J. HORWITZ, declare as follows:
18
        1.      I am an individual, over the age of eighteen years and the principal of
19
   the Defendant in this action. I am also a duly licensed and practicing California
20
   attorney. I have personal knowledge of the foregoing facts, and, if called as a
21
   witness, I could and would competently testify thereto.
22
        2.      Attached hereto as Exhibit "A" and incorporated herein by reference are
23
   true and correct copies of the Validation Notices I prepared, and caused to be served
24
   on SHANNON CURIEL and ERICA WELKER.
25
        3.      The letters comprising Exhibit "A" were served only on the intended
26
   recipients. Each was served along with the appropriate Summons and Complaint
27
   and the Notice of Case Assignment related to the State Court litigation I commenced
28
   against each.

                                        1

DECLARATION OF DANIEL J. HORWITZ                    Case No. 08-CV-2259-MMA-WMc

4.    Neither of the letters comprising Exhibit "A was ever mailed.

5.    I have had no contact with either SHANNON CURIEL or ERICA WELKER other than causing a process server to deliver the respective letters comprising Exhibit "A."

6.    The "principal amount due" reflected in the validation notices comprising Exhibit "A" is actually the amount that the client would accept as payment in full if paid within thirty days of service of the complaint.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: _____/ //6 / 39_____, at San Diego California.

Daniel J. Horwitz

DECLARATION OF DANIEL J. HORWITZ

LAW OFFICES
MULVANEY, KAHAN & BARRY
A LIMITED LIABILITY PARTNERSHIP
SEVENTEENTH FLOOR
401 WEST A STREET
SAN DIEGO CALIFORNIA 92101-7914
TELEPHONE 619 236-1010
FACSIMILE 619 236-1861

LAW OFFICE OF DANIEL J. HORWITZ
110 West C Street, Suite 913
San Diego, California  92101
Tel. (619) 236-1149
Fax: (619) 236-0793

VALIDATION NOTICE

October 2, 2008

TO:  ERICA WELKER
     6064 Paseo Pradera
     Carlsbad, CA  92009

RE:  Creditor: AMBULATORY CARE SURGERY CENTER
     Principal amount of claim: $23,508.61

AMBULATORY CARE SURGERY CENTER has retained me to collect your
outstanding balance, interest at the legal rate, and reimbursement
of court costs related to your past-due account for medical
services rendered.

Unless you notify this office within 30 days after receiving this
notice that you dispute the validity of the debt or any portion
thereof, this office will assume the debt is valid.

If you notify this office within 30 days after receiving this
notice that this debt, or any portion thereof, is disputed, this
office will obtain verification of the debt or obtain a copy of
the judgment and mail you a copy of such judgment or verification.

If within 30 days of your receipt of this notice you request that
this office provide you with the name and address of the original
creditor, if there is a different creditor from the named
creditor above, this information will be provided, or we will
confirm that the named creditor above is the original creditor.

All statements set forth herein pertain to your relationship with
me as a debt collector.  It does not affect your dealings with the
court, and in particular it does not change the time at which you
must answer the complaint.  The summons is a command from the
court, not from me, and you must follow its instructions even if
you dispute the validity or amount of the debt.  The advice in
this letter also does not affect my relations with the court.  As
a lawyer, I may file papers in the suit according to the court's
rules and the judge's instructions.

This office is acting as a debt collector.  Any information
obtained will be used for that purpose.


Daniel J. Horwitz, Esq.
Attorney at Law

**Exhibit A**

LAW OFFICE OF DANIEL J. HORWITZ
110 West C Street, Suite 913
San Diego, California  92101
Tel.  (619) 236-1149
Fax:  (619) 236-0793

## VALIDATION NOTICE

October 3, 2008

TO:  SHANNON CURIEL
     1538 Willowspring Drive
     Encinitas, CA  92024

RE:  Creditor: AMBULATORY CARE SURGERY CENTER
     Principal amount of claim: $7,593,17

AMBULATORY CARE SURGERY CENTER has retained me to collect your
outstanding balance, interest at the legal rate, and reimbursement
of court costs and attorney's fees related to your past-due
account for medical services rendered.

Unless you notify this office within 30 days after receiving this
notice that you dispute the validity of the debt or any portion
thereof, this office will assume the debt is valid.

If you notify this office within 30 days after receiving this
notice that this debt, or any portion thereof, is disputed, this
office will obtain verification of the debt or obtain a copy of
the judgment and mail you a copy of such judgment or verification.

If within 30 days of your receipt of this notice you request that
this office provide you with the name and address of the original
creditor, if there is a different creditor from the named creditor
above, this information will be provided, or we will confirm that
the named creditor above is the original creditor.

All statements set forth herein pertain to your relationship with
me as a debt collector.  It does not affect your dealings with the
court, and in particular it does not change the time at which you
must answer the complaint.  The summons is a command from the
court, not from me, and you must follow its instructions even if
you dispute the validity or amount of the debt.  The advice in
this letter also does not affect my relations with the court.  As
a lawyer, I may file papers in the suit according to the court's
rules and the judge's instructions.

This office is acting as a debt collector.  Any information
obtained will be used for that purpose.


Daniel J. Horwitz, Esq.
Attorney at Law


**Exhibit A**