HYDE & SWIGART
San Diego, California

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erica Welker<br><br>Plaintiff,<br>v.<br><br>Law Office of Daniel J. Horwitz<br><br>Defendant. | Case No: 08cv2259 IEG (WMc)<br><br>Declaration of Robert L. Hyde in Support of Plaintiff's Motion for Summary Judgment<br><br>Date: March 22, 2010<br>Time: 10:30 AM<br><br>Location: U.S. District Court<br>Federal Courthouse,<br>940 Front Street,<br>Courtroom #1, 4th Floor<br>San Diego, CA |

1. I, Robert L. Hyde, hereby declare under penalty of perjury, pursuant to the laws of the State of California, that the foregoing is true and correct:
2. I am one of the attorneys for the Plaintiff in this action. I submit this declaration in support of the Application for Attorneys Fees and Costs as counsel for the prevailing Plaintiff in this matter. I am licensed to practice law before the following courts:
    a. All State courts in California.
    b. All State courts in Minnesota.
    c. The Ninth Circuit Court of Appeals.
    d. The United States District Court, Southern District of California.
    e. The United States District Court, Northern District of California.
    f. The United States District Court, Eastern District of California.
    g. The United States District Court, Central District of California.
3. I am a licensed attorney in good standing in the following states:
    a. State of California.
    b. State of Minnesota.
4. If called as a witness, I would competently testify to the matters herein from personal knowledge.
5. Attached as Plaintiff's Exhibit A is a true and correct copy of a sworn Declaration of Daniel J. Horwitz dated January 16, 2009.
6. Attached as Plaintiff's Exhibit B is a true and correct copy of the Court's Order dated June 16, 2009.
7. I declare under the penalty of perjury that the foregoing is true and correct. Executed on Friday, February 19, 2010, pursuant to the laws of the State of California at San Diego, CA.

/s/ Robert L. Hyde
Robert L. Hyde