1 | John A. Mayers, Esq. (CSB #149149)
MULVANEY, KAHAN & BARRY LLP
2 | 401 West A Street, 17th Floor
San Diego, CA 92101-7994
3 | Telephone: 619 238-1010
Facsimile: 619 238-1981
4 | Email: jmayers@mkblaw.com

5 | Attorneys for Defendant LAW OFFICE OF
DANIEL J. HORWITZ

6

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | ERICA WELKER                          CASE NO. 08-CV-2259-IEG-WMc

11 |            Plaintiff,                 DECLARATION OF DANIEL J.
                                          HORWITZ IN OPPOSITION TO
12 | v.                                    PLAINTIFF'S MOTION FOR SUMMARY
                                          JUDGMENT
13 | LAW OFFICE OF DANIEL J.
HORWITZ,
14 |                                       Date: March 22, 2010
             Defendant.                   Time: 8:30 a.m.
15 |                                       Crtrm: 1, 4th Floor

16 |                                       Honorable Irma E. Gonzalez

17 | I, DANIEL J. HORWITZ, declare as follows:

18 |    1.    I am an individual, over the age of eighteen years, and an attorney at

19 | law duly licensed to practice before the courts of the State of California.

20 |    2.    I am a solo practitioner. There is no actual entity named "LAW OFFICE

21 | OF DANIEL J. HORWITZ," it is merely a fictitious name under which I do business

22 | that I use to describe myself as an attorney. I am the only attorney described by the

23 | designation "LAW OFFICE OF DANIEL J. HORWITZ, in my office or elsewhere. I

24 | have no staff other than two family members who proofread my work and prepare it

25 | for filing and service in accordance with my instruction, and assist with bookkeeping.

26 | No one else but me prepares any collection-related documents.

27 |    3.    I have never telephoned or mailed any communication to plaintiff

28 | ERICA WELKER ("Plaintiff"). The only contact I ever initiated with Plaintiff, or with

1

LAW OFFICES
MULVANEY, KAHAN & BARRY
A LIMITED LIABILITY PARTNERSHIP
SEVENTEENTH FLOOR
401 WEST A STREET
SAN DIEGO, CALIFORNIA 92101-7994
TELEPHONE 619 238-1010
FACSIMILE 619 238-1981

1   any other person related to the collection of her account, was to cause an

2   independent contractor to serve her with the state court collection litigation

3   documents for the matter of *Ambulatory Care Surgery Center v. Erica Welker*, SDSC

4   Case Number 37-2008-00093454-CL-CL-CTL ("State Court Collection Litigation").

5   Those documents were comprised of six (6) pages and included a filed and

6   conformed summons, complaint, notice of case assignment, and validation notice

7   ("Litigation Service Package").   A true and correct copy of the Litigation Service

8   Package is attached hereto as Exhibit "A" and incorporated herein by reference.

9          4.      A true and correct copy of the proof of service of the Litigation Service

10  Package, is attached hereto as Exhibit "B" and incorporated herein by reference.

11         5.      Per the express language of the validation notice (the last page of

12  exhibit "A" hereto), I state:

13         All statements set forth herein pertain to your relationship with *me* as a
       debt collector ... The summons is a command from the court, not from
14         *me*, and you must follow its instructions even if you dispute the validity
       or amount of the debt. The advice in this letter also does not affect *my*
15         relations with the court. *As a lawyer, I* may file papers in the suit
       according to the court's rules and the judge's instructions. (Emphasis
16         added).

17         This language states that the validation notice is being served by me as an

18  individual, and not an organization or law firm.

19         6.      On February 5, 2009, in the State Court Collection Litigation matter,  I

20  caused to be served on Plaintiff a set of form interrogatories asking for the identity of

21  those she was contended violated the Rosenthal Act.   A true and correct copy of the

22  set of form interrogatories is attached hereto as Exhibit "C" and incorporated herein

23  by reference.

24         7.      Plaintiff's verified response to the form interrogatories is attached

25  hereto as Exhibit "D" and incorporated herein by reference.   The Court's attention is

26  respectfully invited to the seventh page of Exhibit "D" and Plaintiff's response to form

27  interrogatory 114.1.   Plaintiff did not list me or the LAW OFFICE OF DANIEL J.

28

2

1   HORWITZ as a violator of the act.

2       8.      The success and survival of my collection law practice depends on

3   adhering to the mandate of the law and avoiding mistakes amounting to debt

4   collection violations.  Violating debt collection statutes is something I try to avoid.  I

5   work hard to avoid violations of the debt collection statutes.  Practicing law is not my

6   hobby, it is my livelihood and I have taken it seriously since gaining admission to the

7   California State Bar in 1982.

8       9.      During discovery in this matter, I was asked to identify "and describe

9   with particularity" the training I received and the resources I use to practice law in the

10  area of debt collection.  In response, I explained that I:

11          • Attend regular MCLE lectures on attorney client relations and attorney

12              fee collections and attorney fee collections and arbitrations;

13          • Have served as an arbitrator for the San Diego County Bar Association

14              for over 20 years;

15          • Have received the Outstanding Arbitration Panelist award;

16          • Have been designated in a litigation matter (a small number of times)

17              as an expert witness in the area of debt collection;

18          • Attend the California Association of Collectors, Inc. lecture series,

19              including the 2008 "The Law Works For You" lecture on fair debt

20              collection issues;

21          • Subscribe to and regularly use and review materials and updates

22              provided by the National Consumer Law Center's Fair debt collection

23              handbooks and CD ROM materials; Have served as a speaker at

24              MCLE lectures regarding debt collection given to fellow attorneys,

25              including, recently, a lecture at the 26th Annual Summer Seminar

26              presented by The Certified Family Law Specialists Committee of the

27              San Diego County Bar Association; and

28

LAW OFFICES
MULVANEY, KAHAN & BARRY
A LIMITED LIABILITY PARTNERSHIP
SEVENTEENTH FLOOR
401 WEST A STREET
SAN DIEGO, CALIFORNIA 92101-7994
TELEPHONE 619 238-1010
FACSIMILE 619 238-1981

3

1    • Regularly access and use internet sites, in addition to printed materials,

2    to research FDCPA issues. A partial list of those used recently include:

3    http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre27.pdf

4    http://www.ftc.gov/os/statutes/fdcpa/commentary.htm

5    http://www.cardreport.com/laws/fdcpa/ftc-opinion/novak.html

6    http://www.law.cornell.edu/uscode/15/usc_sup_01_15^10_41_20_V.html

7    http://www.cardreport.com/laws/fdcpa/fdcpa.html

8    http://www.collectioncenter.com/info_center_links/fdcpa_paper.pdf

9    http://debtcollectionlawyer.blogspot.com/2007/01/fair-debt-collection-

10   practices-act.html

11   http://www.dca.ca.gov/publications/legal_guides/dc_2.pdf

12   http://www.edcombs.com/CM/News/news7.asp

13   http://www.fairdebtfaircredit.com/fair-debt-collection-privacy.html

14   10.    By looking at the validation letters that I have used in my collection law

15   practice, I am able to show how a bona fide error resulted in the use of an outdated

16   validation notice form that is the basis for this action.

17   11.    Prior to April 16, 2008, I had been using a self-prepared form for my

18   validation notices. True and correct copies of two examples of my pre-April 16, 2008,

19   validation notices, prepared on matters for California Accounts Service related to

20   assigned claims by Ambulatory Care Surgery Center are attached hereto as Exhibits

21   "E" and "F" and incorporated herein by reference.  The pre-April 16, 2008 form for

22   validation notices was for other clients as well.  A true and correct copy of the same

23   pre-April 16, 2008 form, used for a different client is attached hereto as Exhibit G"

24   and incorporated herein by reference.

25   12.    On April 16, 2008, I attended a collection law seminar given by Ronald

26   H. Sargis.  A true and correct copy of the face page of the materials distributed at

27   that seminar is attached hereto as Exhibit "H" and is incorporated herein by

28   

LAW OFFICES
MULVANEY, KAHAN & BARRY
A LIMITED LIABILITY PARTNERSHIP
SEVENTEENTH FLOOR
401 WEST A STREET
SAN DIEGO, CALIFORNIA 92101-7994
TELEPHONE 619 238-1010
FACSIMILE 619 238-1981

DECLARATION OF DANIEL J. HORWITZ IN OPPOSITION TO                    08-CV-2259-IEG-WMc
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

reference.  I took advantage of having Mr. Sargis available to me and I elected to show him the form of validation notice I had been using.  Mr. Sargis noted that I was *potentially* violating collection laws by not: (1) stating a *firm amount* in the validation notice; and, (2), requiring that the responses to the validation be *in writing*.

13.    Based on Mr. Sargis' recommendations, I elected to change my validation notices to conform to his advice.  I also decided to begin using the revised validation notices as quickly as practical and to have the computer system at my office distribute a revised validation form to every directory from which a validation notice would thereafter be generated.  That revised validation notice was designated as the new form for such notices.

14.    As contemplated by me, commencing April 17, 2008, validation notices from me were corrected to reflect: (1) a *firm amount* due; and, (2) that the validation requests should be *in writing* to preserve certain rights. True and correct copies of examples of my revised validation notice, intended for use from April 17, 2008 forward, are attached hereto as Exhibits "I" and "J" and incorporated herein by reference.

15.    Prior to April 27, 2008, I read a clause in a validation notice regarding the right of the debtor with respect to being served with a lawsuit.  As all of my validation notices are always served with a lawsuit, I thought this language would be appropriate to include in my validation notices. As such, from April 27, 2008 to May 12, 2008, I worked on and completed another revision to be incorporated into my recently revised validation notices.  Attached hereto as Exhibit "K" and incorporated herein by reference is a true and correct copy of the aforementioned revision.

16.    After May 12, 2008, it was my intention to only use the new, updated version of the validation notice, which I believe complies with all applicable collection laws.  True and correct copies of the new version of the validation notice used by me are attached here as Exhibits "L," "M," and "N" and are incorporated herein by reference.

LAW OFFICES
MULVANEY, KAHAN & BARRY
A LIMITED LIABILITY PARTNERSHIP
SEVENTEENTH FLOOR
401 WEST A STREET
SAN DIEGO, CALIFORNIA 92101-7994
TELEPHONE 619 238-1010
FACSIMILE 619 236-1981

DECLARATION OF DANIEL J. HORWITZ IN OPPOSITION TO                    08-CV-2259-IEG-WMc
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

1   17.   The State Court Collection Litigation (and the companion matter with

2   Ms. Curiel), was the first time I was retained directly by Ambulatory Care Surgery

3   Center rather than by California Accounts Service, the collection agency as their

4   assignee. After the retention, I prepared the Complaint for the State Court Collection

5   Litigation and I performed a computer search for a validation notice that used the

6   name "Ambulatory Care Surgery Center."  Unfortunately, my search program also

7   searched older files. The validation notice located and ultimately used as a template

8   was a pre-April 16, 2008 version.

9   18.   I recognized that the validation notice looked different from my current

10  version. I then added the paragraph reflected in Exhibit "K," but through error, I failed

11  to also correct the "principal amount due" language and the "written notice"

12  language.

13  19.   This type of error has never happened before or since. I took

14  reasonable precautions to avoid this error by updating all the older validation notice

15  versions as the form is updated and/or improved. I simply made a search error. I

16  have since archived all of the obsolete validation notices, and amended my search

17  parameters to now avoid archived files, so that the error will not be repeated.

18  20.   I have personal knowledge of the forgoing facts, and, if called as a

19  witness, I could and would competently testify thereto.

20  I declare under penalty of perjury under the laws of the State of California that

21  the foregoing is true and correct, and that this document was executed on March

22  2, 2010.

23  DANIEL J. HORWITZ, ESQ.

24

25

26  HORD.101.219875.1

27

28                          6

# SUM ONS
## (CITACION JUDICIAL)

**SUM-100**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
ERICA WELKER and DOES 1 through 10, inclusive.

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

. I L E D
Clerk of the Superior Court

OCT 09 2008

BY    M. MASON
DEPUTY

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
AMBULATORY CARE SURGERY CENTER

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case.  There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
  There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

  *Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante.  Una carta o una llamada telefónica no lo protegen.  Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta.  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca.  Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
  Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>SUPERIOR COURT - LIMITED JURISDICTION<br>Central Division - Hall of Justice<br>330 West Broadway<br>San Diego, California  92101 | CASE NUMBER: **37-2008-00093454-CL-CL-CTL**<br>*(Número del Caso):* |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Daniel J. Horwitz, Esq.  Bar No. 105857        (619) 236-1149
LAW OFFICE OF DANIEL J. HORWITZ APC
110 West C Street, Suite 913
San Diego, California  92101

DATE: SEP 09 2008            Clerk, by  MARY L. MASON            , Deputy
*(Fecha)*                        *(Secretario)*                    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

    under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
           ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

**EXHIBIT A**

LAW OFFICE OF DANIEL J. HORWITZ (SBN 105857)
110 West C Street, Suite 913
San Diego, California  92101
(619) 236-1149

CIVIL BUSINESS OFFICE 14
CENTRAL DIVISION

09 OCT -7 PM 3: 2ᵒ

CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

Attorney for Plaintiff


SUPERIOR COURT - LIMITED JURISDICTION

COUNTY OF SAN DIEGO, CENTRAL DIVISION


AMBULATORY CARE SURGERY CENTER )   CASE NO. 37-2008-00093454-CL-CL-CTL

                    plaintiff,  )   COMPLAINT FOR DAMAGES
vs.                             )
                                )
ERICA WELKER and DOES 1         )
through 10, inclusive,          )
                                )
                    defendants. )
                                )

PRINCIPAL SUM DEMANDED:  $23,508.61

Plaintiff alleges:

### FIRST CAUSE OF ACTION FOR BREACH OF CONTRACT

1.     Plaintiff AMBULATORY CARE SURGERY CENTER is

licensed and authorized to provide a medical/surgery  facility

for use by qualified and authorized physicians and surgeons in

Dan Diego, California.

2.     All of the transactions as herein alleged were

entered into and to be performed within the Central

judicial division of the county of San Diego.

3.     Defendants DOES 1 through 10, inclusive, are

sued herein under fictitious names for the reason that the true

names of said Defendants are unknown to the Plaintiff, and

Plaintiff will ask leave to amend this Complaint when the true

names are ascertained.

-1-

**EXHIBIT A**

4.    At all times mentioned herein, Plaintiff is informed and believes, and thereon alleges, that each defendant named in this complaint was, and still is, related to the named defendant in a capacity so as to be liable for the damages set forth herein.

5.    Plaintiff has performed all acts on its part to be performed pursuant to agreements as alleged herein.

6.    On November 11, 2004 and again on January 13, 2005, Plaintiff and defendant WELKER entered into two separate written agreements whereby defendant WELKER acknowledged she would be financially responsible for the services provided for her benefit.

7.    Pursuant to said written agreements, Plaintiff did permit the use of its facility on two separate occasions, and did undertake to perform certain requested medical-related services on behalf of defendants.

8.    Defendants breached said agreement by refusing to perform their obligations thereunder, and specifically, by refusing to pay the sum of $23,508.61 due for the medical-related services rendered.

9.    As a direct and proximate result of the breach by defendants, and each of them, there is now due, owing and unpaid the principal sum of $23,508.61, plus interest thereon from and after January 13, 2005, according to proof at trial.

SECOND CAUSE OF ACTION FOR MONEY DUE ON OPEN BOOK ACCOUNT

10.    Plaintiff realleges paragraphs 1 through 9, inclusive, of the First Cause of Action, and incorporates them herein by reference as though fully set forth.

11.    Within four years last past, defendants, and each of them, became indebted to plaintiff herein in the

-2-

**EXHIBIT A**

principal sum of $23,508.61 upon an open book account for medical-related services furnished at the request of defendants, and each of them.

12.     Demand has been made upon defendants for the payment of said sum, but none of said sum has been paid.  There is now due and owing the principal sum of $23,508.61, together with interest thereon from and after January 13, 2005. Defendants have failed and refused and continue to fail and refuse to pay said sum or any part thereof.

13.     Plaintiff here claims an award of attorney's fees pursuant to Civil Code section 1717.5.

WHEREFORE, Plaintiff prays judgment as follows:

1.     For the principal of $23,508.61, together with interest thereon from and after January 13, 2005, according to proof at trial;

2.     For costs of suit herein incurred;

3.     For statutory attorney's fees; and,

4.     For such other and further relief as the Court deems just and proper.

DATED: October 2, 2008

DANIEL J. HORWITZ, ESQ.,
attorney for plaintiff,
AMBULATORY CARE SURGERY
CENTER

-3-

**EXHIBIT A**

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Daniel J. Horwitz, Esq.  Bar No. 105857<br>LAW OFFICE OF DANIEL J. HORWITZ APC<br>110 West C Street<br>Suite 913<br>San Diego, California  92101<br>TELEPHONE NO.: (619) 236-1149   FAX NO.:<br>ATTORNEY FOR (Name): Plaintiff AMBULATORY CARE | FILED<br>CIVIL BUSINESS OFFICE 14<br>CENTRAL DIVISION<br>09 OCT -7 PM 3:26<br>CLERK SUPERIOR COURT<br>SAN DIEGO COUNTY, CA |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: Central Division - Hall of Justice
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, California  92101
BRANCH NAME:

CASE NAME:  AMBULATORY CARE v. WELKER

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: |
|---|---|---|---|
| ☐ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☒ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | 37-2008-00093454-CL-CL-CTL |
| | | | JUDGE: |
| | | | DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

**1. Check one box below for the case type that best describes this case:**

| **Auto Tort** | **Contract** | **Provisionally Complex Civil Litigation** |
|---|---|---|
| ☐ Auto (22) | ☐ Breach of contract/warranty (06) | **(Cal. Rules of Court, rules 3.400-3.403)** |
| ☐ Uninsured motorist (46) | ☒ Rule 3.740 collections (09) | ☐ Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | ☐ Other collections (09) | ☐ Construction defect (10) |
| **Damage/Wrongful Death) Tort** | ☐ Insurance coverage (18) | ☐ Mass tort (40) |
| ☐ Asbestos (04) | ☐ Other contract (37) | ☐ Securities litigation (28) |
| ☐ Product liability (24) | **Real Property** | ☐ Environmental/Toxic tort (30) |
| ☐ Medical malpractice (45) | ☐ Eminent domain/Inverse | ☐ Insurance coverage claims arising from the |
| ☐ Other PI/PD/WD (23) | condemnation (14) | above listed provisionally complex case |
| **Non-PI/PD/WD (Other) Tort** | ☐ Wrongful eviction (33) | types (41) |
| ☐ Business tort/unfair business practice (07) | ☐ Other real property (26) | **Enforcement of Judgment** |
| ☐ Civil rights (08) | **Unlawful Detainer** | ☐ Enforcement of judgment (20) |
| ☐ Defamation (13) | ☐ Commercial (31) | **Miscellaneous Civil Complaint** |
| ☐ Fraud (16) | ☐ Residential (32) | ☐ RICO (27) |
| ☐ Intellectual property (19) | ☐ Drugs (38) | ☐ Other complaint (not specified above) (42) |
| ☐ Professional negligence (25) | **Judicial Review** | **Miscellaneous Civil Petition** |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☐ Partnership and corporate governance (21) |
| **Employment** | ☐ Petition re: arbitration award (11) | ☐ Other petition (not specified above) (43) |
| ☐ Wrongful termination (36) | ☐ Writ of mandate (02) | |
| ☐ Other employment (15) | ☐ Other judicial review (39) | |

2. This case ☐ is  ☒ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the
factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties      d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel  e. ☐ Coordination with related actions pending in one or more courts
      issues that will be time-consuming to resolve                in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence          f. ☐ Substantial postjudgment judicial supervision
3. Remedies sought (check all that apply): a. ☒ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action (specify): 2
5. This case ☐ is  ☒ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related cases. (You may use form CM-015.)
Date: 10/2/08

Daniel J. Horwitz, Esq.  Bar No. 105857
(TYPE OR PRINT NAME)                                ►_____
                                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed
  under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result
  in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all
  other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]    CIVIL CASE COVER SHEET    Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

Legal
Solutions
® Plus

**LAW OFFICE OF DANIEL J. HORWITZ**
110 West C Street, Suite 913
San Diego, California  92101
Tel. (619) 236-1149
Fax: (619) 236-0793

<u>VALIDATION NOTICE</u>

October 2, 2008

TO:   ERICA WELKER
      6064 Paseo Pradera
      Carlsbad, CA  92009

RE:   Creditor: AMBULATORY CARE SURGERY CENTER
      Principal amount of claim: $23,508.61

AMBULATORY CARE SURGERY CENTER has retained me to collect your
outstanding balance, interest at the legal rate, and reimbursement
of court costs related to your past-due account for medical
services rendered.

Unless you notify this office within 30 days after receiving this
notice that you dispute the validity of the debt or any portion
thereof, this office will assume the debt is valid.

If you notify this office within 30 days after receiving this
notice that this debt, or any portion thereof, is disputed, this
office will obtain verification of the debt or obtain a copy of
the judgment and mail you a copy of such judgment or verification.

If within 30 days of your receipt of this notice you request that
this office provide you with the name and address of the original
creditor, if there is a different creditor from the named
creditor above, this information will be provided, or we will
confirm that the named creditor above is the original creditor.

All statements set forth herein pertain to your relationship with
me as a debt collector.  It does not affect your dealings with the
court, and in particular it does not change the time at which you
must answer the complaint.  The summons is a command from the
court, not from me, and you must follow its instructions even if
you dispute the validity or amount of the debt.  The advice in
this letter also does not affect my relations with the court.  As
a lawyer, I may file papers in the suit according to the court's
rules and the judge's instructions.

This office is acting as a debt collector.  Any information
obtained will be used for that purpose.


Daniel J. Horwitz, Esq.
Attorney at Law

**EXHIBIT A**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| LAW OFFICES OF DANIEL J. HORWITZ<br>DANIEL J. HORWITZ - SBN # 105857<br>110 W. "C" STREET, SUITE 913<br>SAN DIEGO, CA 92101<br>TELEPHONE NO.*(Optional)* (619) 236-1149 FAX NO.*(Optional)* (619) 236-0793<br>EMAIL ADDRESS*(Optional)*<br>ATTORNEY FOR*(Name):* | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF: SAN DIEGO
STREET ADDRESS: 330 W. BROADWAY
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101
BRANCH NAME:

| PLAINTIFF/PETITIONER: AMBULATORY CARE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: WELKER | 37-2008-00093454-CL-CL-CTL |

| PROOF OF SERVICE OF SUMMONS | Ref No. or File No.<br>0P146043-01/ |
|---|---|

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the summons and
   e. other *(specifiy documents):*
   SUMMONS AND COMPLAINT; NOTICE OF CASE ASSIGNMENT; VALIDATION NOTICE;

3. a. Party Served: *(specify name of party as shown on the documents served):*
   ERICA WELKER

   b. Person Served: JANE DOE / COMPETENT MEMBER OF HOUSEHOLD

4. Address where the party was served:          2935 RANCHO CORTES
                                                CARLSBAD, CA 92011

5. I served the party *(check proper box)*
   b. **by substituted service.** On (date):October 30, 2008 at (time): 08:40 am I left the documents listed in item 2
   with or in the presence of *(name and title or relationship to person indicated in item 3b):*
   JANE DOE / COMPETENT MEMBER OF HOUSEHOLD

Physical Description:

| AGE: 30'S | HAIR: *DRK* | HEIGHT: 5'7" | RACE: *C* |
|---|---|---|---|
| SEX: *F* | EYES: | WEIGHT: *125* | |

   (2)   **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual
         place of abode of the party. I informed him or her of the general nature of the papers.
   (4)   a declaration of mailing is attached
   (5)   I attach a declaration of diligence stating actions taken first to attempt personal service.

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure,§ 417.10

**EXHIBIT B**135.75

31B/0P146043-01

| PETITIONER: AMBULATORY CARE | CASE NUMBER: |
| RESPONDENT: WELKER | |

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. as an individual defendant

7. **Person who served papers**
   a. Name: BRIAN S. ARTHUR
   b. Address: 3500 5th. AVE. SUITE 202, SAN DIEGO, CA 92103
   c. Telephone: (619) 299-2012
   d. *The fee* for service was: $   135.75
   e. I am: (3) a registered California process server
       (i) INDEPENDENT CONTRACTOR
       (ii) Registration No.: 326
       (iii) County : SAN DIEGO

8. I declare under penalty of perjury under the laws of  the State of California that the foregoing is true and correct.

Date:        October 31, 2008

BRIAN S. ARTHUR
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)

_____
(SIGNATURE)

Page 2 of 2

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]          PROOF OF SERVICE OF SUMMONS          Code of Civil Procedure, § 417.10

4IB/0P146043-01

**EXHIBIT B**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| LAW OFFICES OF DANIEL J. HORWITZ<br>DANIEL J. HORWITZ - SBN # 105857<br>110 W. "C" STREET, SUITE 913<br>SAN DIEGO, CA 92101 | | (619) 236-1149 | |
| **ATTORNEY FOR (NAME)** | | REFERENCE NUMBER<br>0P146043-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address

SAN DIEGO SUPERIOR COURT,
330 W. BROADWAY
SAN DIEGO, CA 92101

SHORT NAME OF CASE

AMBULATORY CARE vs. WELKER

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>37-2008-00093454-CL-CL-CTL |
|---|---|---|---|---|

I received the within process on October 13, 2008 and that after due and diligent effort I
have been able to effect service on the within named party at the following address.
However, extraordinary efforts were required to effect service as described below.

Name:    ERICA WELKER

Home:    2935 RANCHO CORTES
         CARLSBAD, CA 92011

As enumerated below:

| 10/15/08 | 09:05 pm | NO ANSWER AT DOOR. LIGHTS ON INSIDE OF THE RESIDENCE. |
|---|---|---|
| 10/17/08 | 07:45 am | NO ANSWER AT DOOR (RESIDENCE). |
| 10/19/08 | 11:55 am | BAD ADDRESS (RESIDENCE) AT: 6064 PASEO PRADERA, CARLSBAD CA 92009. JIMENEZ / OWNER, BOUGHT HOUSE ONE YEAR AGO. |
| 10/20/08 | 04:00 pm | RELOCATED SUBJECT AT: 2935 RANCHO CORTES, CARLSBAD, CA 92009. |
| 10/20/08 | 08:25 pm | NO ANSWER AT DOOR. LIGHTS ON INSIDE OF THE RESIDENCE. (RANCHO CORTES) |
| 10/21/08 | 07:10 am | NO ANSWER AT DOOR (RESIDENCE). (RANCHO CORTES) |
| 10/23/08 | 06:20 pm | NO ANSWER AT DOOR (RESIDENCE). (RANCHO CORTES) |
| 10/25/08 | 10:15 am | NO ANSWER AT DOOR (RESIDENCE). (RANCHO CORTES) |
| 10/27/08 | 07:35 pm | NO ANSWER AT DOOR. LIGHTS ON INSIDE OF THE RESIDENCE. (RANCHO CORTES) |
| 10/30/08 | 08:40 am | SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO NAMED DEFENDANT. |

Fee for service:    $ 135.75

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

☒ Registered: . . . . SAN DIEGO . . . . County,
  Number: . . . . . . . . 326

I declare under penalty of perjury that the foregoing is true and correct
and that this declaration was executed .
on: . . . . . . . October 31, 2008 . . . . .
at: . . . . . . . SAN DIEGO . . . . , California.

Signature: _____

**ADVANCED ATTORNEY SERVICES, INC.**
**3500 5th Avenue, #202, San Diego, CA 92103**
(619)299-2012

Name: BRIAN S. ARTHUR
Title: INDEPENDENT CONTRACTOR

**EXHIBIT B**

321/0P146043-01

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| LAW OFFICES OF DANIEL J. HORWITZ<br>DANIEL J. HORWITZ - SBN # 105857<br>110 W. "C" STREET, SUITE 913<br>SAN DIEGO, CA 92101 | (619) 236-1149 | |

**ATTORNEY FOR (NAME)**

REFERENCE NUMBER
0P146043-01

Insert name of court, judicial district or branch court, if any, and post office and street address
SAN DIEGO SUPERIOR COURT,
330 W. BROADWAY
SAN DIEGO, CA 92101

SHORT NAME OF CASE
AMBULATORY CARE vs. WELKER

| DECLARATION OF MAILING | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>37-2008-00093454-CL-CL-CTL |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of San Diego, California. I am over the age of 18 and not a party to this action. My business address is 3500 Fifth Avenue, #202, San Diego, CA 92103

On October 30, 2008, after substituted service under section CCP 415.20 (A) or 415.20 (B) or FRCIV.P 4(D)(1) was made, I mailed copies of the:
   SUMMONS AND COMPLAINT; NOTICE OF CASE ASSIGNMENT; VALIDATION NOTICE;

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SAN DIEGO, California, addressed as follows:

   **ERICA WELKER**
   **2935 RANCHO CORTES**
   **CARLSBAD, CA 92011**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed on October 31, 2008 at      San Diego, California.

Fee for service:    $ 135.75

| JUDICIAL COUNCIL FORM, RULE #982 (A)(23) | I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed |
|---|---|
| [X] Registered: . . . . . San Diego . . . . . County,<br>Number:. . . . . . . 1249 | on: . . . . . . . . . . . October 31, 2008 . . . . . . . . .<br>at: . . . . . . . . . . . San Diego . . . . . , California. |

**ADVANCED ATTORNEY SERVICES, INC.**
**3500 5th Avenue, #202, San Diego, CA 92103**
(619)299-2012

322/0P146043-01

Signature:

Name: R. Mericle
Title: Employee

**EXHIBIT B**

DISC-004

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Daniel J. Horwitz, Esq.  Bar No. 105857
LAW OFFICE OF DANIEL J. HORWITZ APC
110 West C Street
Suite 913
San Diego, California  92101
TELEPHONE NO.:    (619) 236-1149
FAX NO. *(Optional):*    619-236-0793
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):*   Plaintiff AMBULATORY CARE

SUPERIOR COURT **OF** CALIFORNIA, **COUNTY OF** SAN DIEGO
SUPERIOR COURT - LIMITED JURISDICTION

SHORT TITLE:  AMBULATORY CARE v. WELKER

| FORM INTERROGATORIES—LIMITED CIVIL CASES (Economic Litigation)<br>Asking Party: Plaintiff AMBULATORY CARE SURGERY CENTER<br><br>Answering Party: ERICA WELKER<br>Set No.: 1 | CASE NUMBER:<br>37-2008-00093454-CL-CL-CTL |
| --- | --- |

## Sec. 1.  Instructions to All Parties

(a) Interrogatories are written questions prepared by a party to an action that are sent to any other party in the action to be answered under oath. The interrogatories below are form interrogatories approved for use in economic litigation.

(b) For time limitations, requirements for service on other parties, and other details, see Code of Civil Procedure sections 2030.010—2030.410 and the cases construing those sections.

(c) These form interrogatories do not change existing law relating to interrogatories, nor do they affect an answering party's right to assert any privilege or make any objection.

## Sec. 2.  Instructions to the Asking Party

(a) These interrogatories are designed for optional use by parties under economic litigation in limited civil cases. See Code of Civil Procedure sections 90 through 100. However, these interrogatories also may be used in unlimited civil cases.

(b) There are restrictions on discovery for most limited civil cases. These restrictions limit the number of interrogatories that may be asked. For details, read Code of Civil Procedure section 94.

(c) Some of these interrogatories are similar to questions in the *Case Questionnaire for Limited Civil Cases* (form DISC-010) and may be omitted if the information sought has already been provided in a completed *Case Questionnaire*.

(d) Check the box next to each interrogatory that you want the answering party to answer. Use care in choosing those interrogatories that apply to the case and are within the restrictions discussed above.

(e) You may insert your own definition of INCIDENT in Section 4, but only where the action arises from a course of conduct or a series of events occurring over a period of time.

(f) The interrogatories in section 116.0, Defendant's Contentions - Personal Injury, should not be used until defendant has had a reasonable opportunity to conduct an investigation or discovery of plaintiff's injuries and damages.

(g) Additional interrogatories may be attached, subject to the restrictions discussed above.

## Sec. 3.  Instructions to the Answering Party

(a) Subject to the restrictions discussed above, you must answer or provide another appropriate response to each interrogatory that has been checked below.

(b) As a general rule, within 30 days after you are served with these interrogatories, you must serve your responses on the asking party and serve copies of your responses on all other parties who have appeared. See Code of Civil Procedure sections 2030.260—2030.270 for details.

(c) Each answer must be as complete and straight-forward as the information reasonably available to you permits. If an interrogatory cannot be answered completely, answer it to the extent possible.

(d) If you do not have enough personal knowledge to fully answer an interrogatory, say so, but make a reasonable and good faith effort to get the information by asking other persons or organizations, unless the information is equally available to the asking party.

(e) Whenever an interrogatory may be answered by referring to a document, the document may be attached as an exhibit to the response and referred to in the response. If the document has more than one page, refer to the page and section where the answer to the interrogatory can be found.

(f) Whenever an address and telephone number for the same person are requested in more than one interrogatory, you are required to furnish them in answering only the first interrogatory asking for that information.

(g) Your answers to these interrogatories must be verified, dated, and signed. You may wish to use the following form at *the end of your answers:*

*I declare under penalty of perjury under the laws of the State of California that the foregoing answers are true and correct.*

_____          _____
         (DATE)                              (SIGNATURE)

## Sec. 4.   Definitions

Words in BOLDFACE CAPITALS in these interrogatories are defined as follows:

*(Check one of the following):*

(a) ☐ (1) INCIDENT includes the circumstances and events surrounding the alleged accident, injury, or other occurrence or breach of contract giving rise to this action or proceeding.

Page 1 of 4

FORM INTERROGATORIES – LIMITED CIVIL CASES
(Economic Litigation)

Legal
Solutions
Plus

Code of Civil Procedure, §§ 94,
2030.010-2030.410, 2033.710

EXHIBIT C

DISC-004

[X] (2)   INCIDENT means *(insert your definition here or on a separate, attached sheet labeled "Sec. 4(a)(2)"):*
The facts, circumstances and events related to the cause of action for Violations of the Rosenthal Fair Debt Collection Practices Act.

(b)   **YOU OR ANYONE ACTING ON YOUR BEHALF** includes you, your agents, your employees, your insurance companies, their agents, their employees, your attorneys, your accountants, your investigators, and anyone else acting on your behalf.

(c)   **PERSON** includes a natural person, firm, association, organization, partnership, business, trust, corporation, or public entity.

(d)   **DOCUMENT** means a writing, as defined in Evidence Code section 250, and includes the original or a copy of handwriting, typewriting, printing, photostating, photographing, electronically stored information, and every other means of recording upon any tangible thing and form of communicating or representation, including letters, words, pictures, sounds, or symbols, or combinations of them.

(e)   **HEALTH CARE PROVIDER** includes any PERSON referred to in Code of Civil Procedure section 667.7(e)(3).

(f)   **ADDRESS** means the street address, including the city, state, and zip code.

**Sec. 5.   Interrogatories**
The following interrogatories have been approved by the Judicial Council under Code of Civil Procedure section 2033.710:

CONTENTS

101.0   Identity of Persons Answering These Interrogatories
102.0   General Background Information - Individual
103.0   General Background Information - Business Entity
104.0   Insurance
105.0   *[Reserved]*
106.0   Physical, Mental, or Emotional Injuries
107.0   Property Damage
108.0   Loss of Income or Earning Capacity
109.0   Other Damages
110.0   Medical History
111.0   Other Claims and Previous Claims
112.0   Investigation - General
113.0   *[Reserved]*
114.0   Statutory or Regulatory Violations
115.0   Claims and Defenses
116.0   Defendant's Contentions - Personal Injury
117.0   *[Reserved]*
120.0   How the Incident Occurred - Motor Vehicle
125.0   *[Reserved]*
130.0   *[Reserved]*
135.0   *[Reserved]*
150.0   Contract
160.0   *[Reserved]*
170.0   *[Reserved]*

**101.0   Identity of Persons Answering These Interrogatories**

[ ] 101.1 State the name, ADDRESS, telephone number, and relationship to you of each PERSON who prepared or assisted in the preparation of the responses to these interrogatories. (Do not identify anyone who simply typed or reproduced the responses.)

**102.0   General Background Information - Individual**

[ ] 102.1   State your name, any other names by which you have been known, and your ADDRESS.

[ ] 102.2   State the date and place of your birth.

[ ] 102.3   State, as of the time of the INCIDENT, your driver's license number, the state of issuance, the expiration date, and any restrictions.

[ ] 102.4   State each residence ADDRESS for the last five years and the dates you lived at each ADDRESS.

[ ] 102.5   State the name, ADDRESS, and telephone number of each employer you have had over the past five years and the dates you worked for each.

[ ] 102.6   Describe your work for each employer you have had over the past five years.

[ ] 102.7   State the name and ADDRESS of each academic or vocational school you have attended, beginning with high school, and the dates you attended each.

[ ] 102.8   If you have ever been convicted of a felony, state, for each, the offense, the date and place of conviction, and the court and case number.

[ ] 102.9   State the name, ADDRESS, and telephone number of any PERSON for whom you were acting as an agent or employee at the time of the INCIDENT.

[X] 102.10 Describe any physical, emotional, or mental disability or condition that you had that may have contributed to the occurrence of the INCIDENT.

[ ] 102.11 Describe the nature and quantity of any alcoholic beverage, marijuana, or other drug or medication of any kind that you used within *24 hours* before the INCIDENT.

**103.0   General Background Information - Business Entity**

[ ] 103.1   State your current business name and ADDRESS, type of business entity, and your title.

**104.0   Insurance**

[X] 104.1   State the name and ADDRESS of each insurance company and the policy number and policy limits of each policy that may cover you, in whole or in part, for the damages related to the INCIDENT.

**105.0   *[Reserved]***

**106.0   Physical, Mental, or Emotional Injuries**

[X] 106.1   Describe each injury or illness related to the INCIDENT.

[X] 106.2   Describe your present complaints about each injury or illness related to the INCIDENT.

[X] 106.3   State the name, ADDRESS, and telephone number of each HEALTH CARE PROVIDER who treated or examined you for each injury or illness related to the INCIDENT and the dates of treatment or examination.

**FORM INTERROGATORIES – LIMITED CIVIL CASES**
**(Economic Litigation)**

**EXHIBIT C**

DISC-004

[X] 106.4   State the type of treatment or examination given to you by each HEALTH CARE PROVIDER for each injury or illness related to the INCIDENT.

[X] 106.5   State the charges made by each HEALTH CARE PROVIDER for each injury or illness related to the INCIDENT.

[X] 106.6   State the nature and cost of each health care service related to the INCIDENT not previously listed (for example, medication, ambulance, nursing, prosthetics).

[X] 106.7   State the nature and cost of the health care services you anticipate in the future as a result of the INCIDENT.

[X] 106.8   State the name and ADDRESS of each HEALTH CARE PROVIDER who has advised you that you may need future health care services as a result of the INCIDENT.

## 107.0   Property Damage

[ ] 107.1   Itemize your property damage and, for each item, state the amount or attach an itemized bill or estimate.

## 108.0   Loss of Income or Earning Capacity

[X] 108.1   State the name and ADDRESS of each employer or other source of the earnings or income you have lost as a result of the INCIDENT.

[X] 108.2   Show how you compute the earnings or income you have lost, from each employer or other source, as a result of the INCIDENT.

[X] 108.3   State the name and ADDRESS of each employer or other source of the earnings or income you expect to lose in the future as a result of the INCIDENT.

[X] 108.4   Show how you compute the earnings or income you expect to lose in the future, from each employer or other source, as the result of the INCIDENT.

## 109.0   Other Damages

[X] 109.1   Describe each other item of damage or cost that you attribute to the INCIDENT, stating the dates of occurrence and the amount.

## 110.0   Medical History

[X] 110.1   Describe and give the date of each complaint or injury, whether occurring *before or after* INCIDENT, that involved the same part of your body claimed to have been injured in the INCIDENT.

[X] 110.2   State the name, ADDRESS, and telephone number of each HEALTH CARE PROVIDER who examined or treated you for each injury or complaint, whether occurring *before or after* the INCIDENT, that involved the same part of your body claimed to have been injured in the INCIDENT and the dates of examination or treatment.

## 111.0   Other Claims and Previous Claims

[X] 111.1   Identify each personal injury claim that YOU OR ANYONE ACTING ON YOUR BEHALF have made within the past ten years and the dates.

[X] 111.2   State the case name, court, and case number of each personal injury action or claim filed by YOU OR ANYONE ACTING ON YOUR BEHALF within the past ten years.

## 112.0   Investigation - General

[ ] 112.1   State the name, ADDRESS, and telephone number of each individual who has knowledge of facts relating to the INCIDENT, and specify his or her area of knowledge.

[ ] 112.2   State the name, ADDRESS, and telephone number of each individual who gave a written or recorded statement relating to the INCIDENT and the date of the statement.

[ ] 112.3   State the name, ADDRESS, and telephone number of each PERSON who has the original or a copy of a written or recorded statement relating to the INCIDENT.

[ ] 112.4   Identify each document or photograph that describes or depicts any place, object, or individual concerning the INCIDENT or plaintiff's injuries, or attach a copy. (If you do not attach a copy, state the name, ADDRESS, and telephone number of each PERSON who had the original document or photograph or a copy.)

[ ] 112.5   Identify each other item of physical evidence that shows how the INCIDENT occurred or the nature or extent of plaintiff's injuries, and state the location of each item, and the name, ADDRESS, and telephone number of each PERSON who has it.

## 113.0   [Reserved]

## 114.0   Statutory or Regulatory Violations

[X] 114.1   If you contend that any PERSON involved in the INCIDENT violated any statute, ordinance, or regulation and that the violation was a cause of the INCIDENT, identify each PERSON and the statute, ordinance, or regulation.

## 115.0   Claims and Defenses

[ ] 115.1   State in detail the facts upon which you base your claims that the PERSON asking this interrogatory is responsible for your damages.

[ ] 115.2   State in detail the facts upon which you base your contention that you are not responsible, in whole or in part, for plaintiff's damages.

[ ] 115.3   State the name, ADDRESS, and the telephone number of each PERSON, other than the PERSON asking this interrogatory, who is responsible, in whole or in part, for damages claimed in this action.

**FORM INTERROGATORIES – LIMITED CIVIL CASES**
**(Economic Litigation)**   **EXHIBIT C**

8t/
рабоч

**116.0  Defendant's Contentions - Personal Injury**

*[See Instruction 2(f)]*

116.1  If you contend that any PERSON, other than you or plaintiff, contributed to the occurrence of the INCIDENT or the injuries or damages claimed by plaintiff, state the name, ADDRESS, and telephone number of each individual who has knowledge of the facts upon which you base your contention.

116.2  If you contend that plaintiff was not injured in the INCIDENT, state the name, ADDRESS, and telephone number of each individual who has knowledge of the facts upon which you base your contention.

116.3  If you contend that the injuries or the extent of the injuries claimed by plaintiff were not caused by the INCIDENT, state the name, ADDRESS, and telephone number of each individual who has knowledge of the facts upon which you base your contention.

116.4  If you contend that any of the services furnished by any HEALTH CARE PROVIDER were not related to the INCIDENT, state the name, ADDRESS, and telephone number of each individual who has knowledge of the facts upon which you base your contention.

116.5  If you contend that any of the costs of services furnished by any HEALTH CARE PROVIDER were unreasonable, identify each service that you dispute, the cost, and the HEALTH CARE PROVIDER.

116.6  If you contend that any part of the loss of earnings or income claimed by plaintiff was unreasonable, identify each part of the loss that you dispute and each source of the income or earnings.

116.7  If you contend that any of the property damage claimed by plaintiff was not caused by the INCIDENT, identify each item of property damage that you dispute.

116.8  If you contend that any of the costs of repairing the property damage claimed by plaintiff were unreasonable, identify each cost item that you dispute.

116.9  If you contend that, within the last ten years, plaintiff made a claim for personal injuries that are related to the injuries claimed in the INCIDENT, identify each related injury and the date.

116.10 If you contend that, within the past ten years, plaintiff made a claim for personal injuries that are related to the injuries claimed in the INCIDENT, state the name, court, and case number of each action filed.

**117.0  *[Reserved]***

**120.0  How the Incident Occurred - Motor Vehicle**

120.1  State how the INCIDENT occurred.

120.2  For each vehicle involved in the INCIDENT, state the year, make, model, and license number.

120.3  For each vehicle involved in the INCIDENT, state the name, ADDRESS, and telephone number of the driver.

120.4  For each vehicle involved in the INCIDENT, state the name, ADDRESS, and telephone number of each occupant other than the driver.

120.5  For each vehicle involved in the INCIDENT, state the name, ADDRESS, and telephone number of each registered owner.

120.6  For each vehicle involved in the INCIDENT, state the name, ADDRESS, and telephone number of each lessee.

120.7  For each vehicle involved in the INCIDENT, state the name, ADDRESS, and telephone number of each owner other than the registered owner or lien holder.

120.8  For each vehicle involved in the INCIDENT, state the name of each owner who gave permission or consent to the driver to operate the vehicle.

**150.0  Contract**

150.1  Identify all DOCUMENTS that are part of the agreement and for each state the name, ADDRESS, and telephone number of the PERSON who has each DOCUMENT.

150.2  State each part of the agreement not in writing, the name, ADDRESS, and telephone number of each PERSON agreeing to that provision, and the date that part of the agreement was made.

150.3  Identify all DOCUMENTS that evidence each part of the agreement not in writing, and for each state the name, ADDRESS, and telephone number of the PERSON who has each DOCUMENT.

150.4  Identify all DOCUMENTS that are part of each modification to the agreement, and for each state the name ADDRESS, and telephone number of the PERSON who has each DOCUMENT.

150.5  State each modification not in writing, the date, and the name, ADDRESS, and telephone number of the PERSON agreeing to the modification, and the date the modification was made.

150.6  Identify all DOCUMENTS that evidence each modification of the agreement not in writing and for each state the name, ADDRESS, and telephone number of the PERSON who has each DOCUMENT.

150.7  Describe and give the date of every act or omission that you claim is a breach of the agreement.

150.8  Identify each agreement excused and state why performance was excused.

150.9  Identify each agreement terminated by mutual agreement and state why it was terminated, including dates.

150.10  Identify each unenforceable agreement and state the facts upon which your answer is based.

150.11  Identify each ambiguous agreement and state the facts upon which your answer is based.

**FORM INTERROGATORIES – LIMITED CIVIL CASES**
**(Economic Litigation)**

**EXHIBIT C**

| SUPERIOR COURT – LIMITED JURISDICTION<br>Central Division – Hall of Justice<br>San Diego, California  92101 | FOR COURT USE ONLY |
|---|---|

TITLE OF CASE   (Abbreviated)
AMBULATORY CARE v. WELKER

ATTORNEY(S) NAME AND ADDRESS
Daniel J. Horwitz, Esq.  Bar No. 105857
LAW OFFICE OF DANIEL J. HORWITZ APC
110 West C Street
Suite 913
San Diego, California  92101

| ATTORNEY(S) FOR:<br>Plaintiff<br>AMBULATORY CARE | TELEPHONE:<br>(619) 236-1149 | HEARING DATE - TIME - DEPT. | CASE NUMBER<br>37-2008-00093454-CL-CL-CTL |
|---|---|---|---|

### DECLARATION OF SERVICE BY MAIL

I, Lori G. Horwitz _____, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am

employed _____ (Residing/Employed) in the County of SAN DIEGO _____, California, in which county the within-mentioned mailing occurred. My business _____ (Residence/Business) address is

110 West C Street, Suite 913, San Diego, CA  92101 _____ (No., Street)   (City, State). I served the

following document(s) PLAINTIFF'S FIRST SET OF FORM INTERROGATORIES PROPOUNDED TO ERICA

WELKER
(set forth exact title of document(s))

by placing a copy thereof in a separate envelope for each addressee named hereafter, addressed to each such addressee respectively as follows:

Robert L. Hyde, Esq.
Joshua B. Swigart, Esq.
Hyde & Swigart
411 Camino del Rio South, Suite 301
San Diego, CA  92108

James W. Hodges, Esq.
4475 Mission Boulevard, Suite 216
San Diego, CA  92109-3966

I then sealed each envelope and placed it for mailing in accord with our business' practice on

February 5 _____, 2008.

I am readily familiar with our business' practice for collecting, processing and mailing correspondence and pleadings. Such correspondence and pleadings are deposited on the same day with the U.S. Postal Service in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 5 _____, 2008.

(Signature)
Lori G. Horwitz
**PROOF OF SERVICE BY MAIL**
(C.C.P. 1013a and 2015.5)

EXHIBIT C

1  Joshua B. Swigart, Esq. (SBN: 225557)
2  josh@westcoastlitigation.com
   Tiffany G. Jensen, Esq. (SBN: 256842)
3  tiffany@westcoastlitigation.com
   **Hyde & Swigart**
4  411 Camino Del Rio South, Suite 301
5  San Diego, CA 92108-3551
   Telephone:   (619) 233-7770
6  Facsimile:   (619) 297-1022

7
   Attorneys for Defendant
8  Erica Welker

9
                    **SUPERIOR COURT OF CALIFORNIA**
10                     **COUNTY OF SAN DIEGO**

11
12 | **AMBULATORY CARE** | CASE NO: 37-2008-00093454-CL-CL-CTL |
   | **SURGERY CENTER,** | |
13 | | **DEFENDANT ERICA WELKER'S** |
14 | Plaintiff, | **RESPONSES TO PLAINTIFF** |
   | v. | **AMBULATORY CARE SURGERY** |
15 | | **CENTER'S FORM** |
   | **ERICA WELKER, AND DOES** | **INTERROGATORIES, SET ONE** |
16 | **1 THROUGH 10, INCLUSIVE,** | |
17 | | |
   | Defendants. | |
18

19 PROPOUNDING PARTY:     **PLAINTIFF, AMBULATORY CARE**
20                          **SURGERY CENTER**

21 SET NO.:               **ONE**
   RESPONDING PARTY:      **DEFENDANT, ERICA WELKER**
22

23      **TO PLAINTIFF AMBULATORY CARE SURGERY CENTER, AND**

24 **ITS ATTORNEYS OF RECORD:**

25 **COMES NOW** Defendant, **ERICA WELKER,** by and through counsel, and

26 hereby responds as follows to Plaintiff **AMBULATORY CARE SURGERY**

27 **CENTER'S** FORM INTERROGATORIES to Defendant, heretofore filed in this

28

                                                    **EXHIBIT D**

case, without in any way waiving or intending to waive, but on the contrary intending to reserve and reserving:

(a) All questions and objections as to competency, relevancy, materiality, privilege admissibility as evidence for any purpose in any subsequent proceeding in, or the hearing of this action, of any of these answers or the subject matter thereof;

(b) The right to object to the use of any of said answers, or the subject matter thereof, in any subsequent proceeding, in or the hearing of this action, on any grounds;

(c) The right to object on any grounds or at any time to demand for further response to these or other discovery documents or other discovery procedures involved or related to the subject matter of the form interrogatories herein answered; and

(d) The right at any time, to revise, correct, add to or clarify any of said answers propounded herein.

## FORM INTERROGATORIES

### FORM INTERROGATORY NO. 102.10:

Describe any physical, emotional, or mental disability or condition that you had that may have contributed to the occurrence of the INCIDENT.

### RESPONSE TO FORM INTERROGATORY NO. 102.10:

Headaches, loss of sleep, nightmares, panic attacks, anxiety, waking up in the middle of the night, afraid to answer home phone or go to the mailbox, extreme stress, and depression

Defendant's children were also caused unnecessary fear when Defendant was served papers late at night on October 30, 2008. The process server was pounding on the front door and repeatedly ringing the doorbell.

//

//

//

**EXHIBIT D**

HYDE & SWIGART
San Diego, California

**FORM INTERROGATORY NO. 104.1**

State the name and ADDRESS of each insurance company and the policy number and policy limits of each policy that may cover you, in whole or in part, for the damages related to the INCIDENT.

**RESPONSE TO FORM INTERROGATORY NO. 104.1**

PacifiCare PPO was Defendant's insurance at the time of surgery, Group #90172444. Blue Shield of California PPO is Defendant's current insurance company.

**FORM INTERROGATORY NO. 106.1**

Describe each injury or illness related to the INCIDENT.

**RESPONSE TO FORM INTERROGATORY NO. 106.1**

Headaches, loss of sleep, nightmares, panic attacks, anxiety, waking up in the middle of the night, afraid to answer home phone or go to the mailbox, extreme stress, and depression.

Defendant's children were also caused unnecessary fear when Defendant was served papers late at night on October 30, 2008. The process server was pounding on the front door and repeatedly ringing the doorbell.

**FORM INTERROGATORY NO. 106.2:**

Describe your present complaints about each injury or illness related to the INCIDENT.

**RESPONSE TO FORM INTERROGATORY NO. 106.2:**

Headaches, loss of sleep, nightmares, panic attacks, anxiety, waking up in the middle of the night, afraid to answer home phone or go to the mailbox, extreme stress, and depression.

Defendant's children were also caused unnecessary fear when Defendant was served papers late at night on October 30, 2008. The process server was pounding on the front door and repeatedly ringing the doorbell.

//

//

HYDE & SWIGART
San Diego, California

**FORM INTERROGATORY NO. 106.3:**

State the name, ADDRESS, and telephone number of each HEALTH CARE PROVIDER who treated or examined you for each injury or illness related to the INCIDENT and the dates of treatment or examination.

**RESPONSE TO FORM INTERROGATORY NO. 106.3:**

Joe D'Armis in Encinitas, CA treated Defendant for headaches and stress.

**FORM INTERROGATORY. 106.4:**

State the type of treatment or examination given to you by each HEALTH CARE PROVIDER for each injury or illness related to the INCIDENT.

**RESPONSE TO FORM INTERROGATORY NO. 106.4:**

Dr. Joe D'Armis is a Chiropractor. He did some chiropractic work on Defendant to help treat the headaches.

**FORM INTERROGATORY NO. 106.5:**

State the charges made by each HEALTH CARE PROVIDER for each injury or illness related to the INCIDENT.

**RESPONSE TO FORM INTERROGATORY NO. 106.5:**

$75.00 each office visit and Defendant has had at least 2 visits as of the time this discovery is being responded to.

**FORM INTERROGATORY NO. 106.6:**

State the nature and cost of each health care service related to the INCIDENT not previously listed (for example, medication, ambulance, nursing, prosthetics).

**RESPONSE TO FORM INTERROGATORY NO. 106.6:**

None.

**FORM INTERROGATORY NO. 106.7:**

State the nature and cost of the health care services you anticipate in the future as a result of the INCIDENT.

**RESPONSE TO FORM INTERROGATORY NO. 106.7:**

Any further medical attention that will be needed as a result of added stress and anxiety of this suit.

**FORM INTERROGATORY NO. 106.8:**

State the name and ADDRESS of each HEALTH CARE PROVIDER who has advised you that you may need future health care services as a result of the INCIDENT.

**RESPONSE TO FORM INTERROGATORY NO. 106.8:**

None.

**FORM INTERROGATORY NO. 108.1:**

State the name and ADDRESS of each employer or other source of the earnings or income you have lost as a result of the INCIDENT.

**RESPONSE TO FORM INTERROGATORY NO. 108.1:**

None.

**FORM INTERROGATORY NO. 108.2:**

Show how you compute the earnings or income you have lost, from each employer or other source, as a result of the INCIDENT.

**RESPONSE TO FORM INTERROGATORY NO. 108.2:**

None.

**FORM INTERROGATORY NO. 108.3:**

State the name and ADDRESS of each employer or other source of the earnings or income you expect to lose in the future as a result of the INCIDENT.

**RESPONSE TO FORM INTERROGATORY NO. 108.3:**

None.

**FORM INTERROGATORY NO. 108.4:**

Show how you compute the earnings or income you expect to lose in the future, from each employer or other source, as a result of the INCIDENT.

**RESPONSE TO FORM INTERROGATORY NO. 108.4:**

None.

//

**FORM INTERROGATORY NO. 109.1:**

Describe each other item of damage or cost that you attribute to the INCIDENT, stating the dates of occurrence and the amount.

**RESPONSE TO FORM INTERROGATORY NO. 109.1:**

Defendant has spent over 2000 hours from October 17, 2007 to present, making phone calls to Plaintiff and many others regarding this action as well as in travel to meetings with Parties associated with this action. Defendant has also had to incur legal expenses to enlist the aid of several attorneys.

**FORM INTERROGATORY NO. 110.1:**

Describe and give the date of each complaint, or injury, whether occurring *before or after* INCIDENT, that involved the same part of your body claimed to have been injured in the INCIDENT.

**RESPONSE TO FORM INTERROGATORY NO. 110.1:**

Defendant is not claiming injury to a certain body part. However, Defendant has had headaches, loss of sleep, nightmares, panic attacks, anxiety, waking up in the middle of the night, afraid to answer home phone or go to the mailbox, extreme stress, and depression. Defendant does not recall the exact date Defendant started complaining about them but it was around the time Plaintiff started attempting to collect the alleged debt

Defendant's children were also caused unnecessary fear when Defendant was served papers late at night on October 30, 2008. The process server was pounding on the front door and repeatedly ringing the doorbell.

**FORM INTERROGATORY NO. 110.2:**

State the name, ADDRESS, and telephone number of each HEALTH CARE PROVIDER who examined or treated you for each injury or complaint, whether occurring *before or after* the INCIDENT, that involved the same part of your body claimed to have been injured in the INCIDENT and the date of examination or treatment.

//

HYDE & SWIGART
San Diego, California

**EXHIBIT D**

HYDE & SWIGART
San Diego, California

**RESPONSE TO FORM INTERROGATORY NO. 110.2:**

Defendant is not claiming injury to a certain body part. Joe D'Armis in Encinitas, CA treated Defendant for headaches and stress.

**FORM INTERROGATORY NO. 111.1:**

Identify each personal injury claim that YOU OR ANYONE ACTING ON YOUR BEHALF have made within the past ten years and the dates.

**RESPONSE TO FORM INTERROGATORY NO. 111.1:**

None.

**FORM INTERROGATORY NO. 111.2:**

State the case name, court, and case number of each personal injury action or claim filed by YOU OR ANYONE ACTING ON YOUR BEHALF within the past ten years.

**RESPONSE TO FORM INTERROGATORY NO. 111.2:**

None.

**FORM INTERROGATORY NO. 114.1:**

If you contend that any PERSON involved in the INCIDENT violated any statute, ordinance, or regulation and that the violation was a cause of the INCIDENT, identify each PERSON and the statute, ordinance, or regulation.

**RESPONSE TO FORM INTERROGATORY NO. 114.1:**

Ronald Gertsch, Adam Dustin and Ambulatory Care Surgery Center.

Dated: March 3, 2009                              Hyde & Swigart

                                                  By:
                                                  Joshua B. Swigart, Esq.
                                                  Attorneys for Defendant

**EXHIBIT D**

*Re: Ambulatory Care Surgery Center v. Erica Welker*
*Superior Court of California, County of San Diego*
Case No. 37-2008-00093454-CL-CL-CTL

**PROOF OF SERVICE**

I, Aaron Owens, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 411 Camino Del Rio South, Suite 301 San Diego, CA 92108-3551. I am readily familiar with our business' practice of collecting, processing and mailing of correspondence and pleadings for mail with the United States Postal Service.

On March 5, 2009, I served the foregoing document(s) described as

**DEFENDANT ERICA WELKER'S RESPONSES TO PLAINTIFF AMBULATORY CARE SURGERY CENTER'S FORM INTERROGATORIES, SET ONE,**

On the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

> Daniel J. Horwitz
> LAW OFFICES OF DANIEL J.
> HORWITZ, APC
> 110 West C Street, Suite 913
> San Diego, CA 92101

☒ BY MAIL, by placing a copy thereof in a separate envelope for each addressee named above, addressed to each addressee respectively, and then sealed each envelope and, **with the postage thereon fully prepaid, deposited each in the United States mail at San Diego, California in accordance with our business' practice.**

☐ BY PERSONAL SERVICE, by placing a copy thereof in a separate envelope for each addressee named above, addressed to each such addressee respectively, and caused such envelope to be delivered by hand to the offices of addressee.

☐ BY FACSIMILE, this document was transmitted by facsimile transmission from (619) 330-4657 and transmission was reported as complete and without error. A copy of the transmission report is attached to this affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 5, 2009, at San Diego, California.

Aaron Owens

**EXHIBIT D**

**Ambulatory Care Surgery Center**

v.

**Erica Welker**

**Court Name:** SUPERIOR COURT FOR THE STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

**Case No.:**    37-2008-00093454-CU-CL-CTL

### VERIFICATION

I am the Defendant in the above-captioned matter.  I am familiar with the
contents of the foregoing:

- **DEFENDANT ERICA WELKER'S RESPONSES TO
  PLAINTIFF AMBULATORY CARE SURGERY CENTER'S
  FORM INTERROGATORIES, SET ONE**

The information supplied therein is based on my own personal knowledge
and/or has been supplied by my attorneys or other agents and is therefore
provided as required by law.   The information contained in the foregoing
document is true, except as to the matters, which were provided by my
attorneys or other agents, and as to those matters, I am informed and believe
that they are true.

I declare, under the penalty of perjury under the laws of the State of
California that the foregoing is true and correct.

Executed on  3 - 10 - 09 , at  CARLSBAD CA.
              (Date)             (City, State)

Erica Welker

**EXHIBIT D**

1  *Re: Ambulatory Care Surgery Center v. Erica Welker*
   *Superior Court of California, County of San Diego*
2  Case No. 37-2008-00093454-CL-CL-CTL
                          **PROOF OF SERVICE**
3  I, Aaron Owens, declare as follows:

4  I am over the age of eighteen years and not a party to the case. I am employed in the County of
   San Diego, California where the mailing occurs: My business address is 411 Camino Del Rio
5  South, Suite 301 San Diego, CA 92108-3551. I am readily familiar with our business' practice of
   collecting, processing and mailing of correspondence and pleadings for mail with the United
6  Postal Service.

7  On March 12, 2009, I served the foregoing document(s) described as

8  **DEFENDANT ERICA WELKER'S VERIFICATION TO THE FOLLOWING**
   **DISCOVERY RESPONSES:**
9
   **DEFENDANT ERICA WELKER'S RESPONSES TO PLAINTIFF AMBULATORY**
10 **CARE SURGERY CENTER'S FORM INTERROGATORIES, SET ONE,**

11 On the interested parties in this action by placing a true copy thereof enclosed in a sealed
   envelope addressed as follows:
12
            Daniel J. Horwitz
13          LAW OFFICES OF DANIEL J.
            HORWITZ, APC
14          110 West C Street, Suite 913
            San Diego, CA 92101
15
     ☒    BY MAIL, by placing a copy thereof in a separate envelope for each addressee
16        named above, addressed to each addressee respectively, and then sealed each
          envelope and, with the postage thereon fully prepaid, deposited each in the United
17        States mail at San Diego, California in accordance with our business' practice.

18   ☐    BY PERSONAL SERVICE, by placing a copy thereof in a separate envelope for
          each addressee named above, addressed to each such addressee respectively, and
19        caused such envelope to be delivered by hand to the offices of addressee.

20   ☐    BY FACSIMILE, this document was transmitted by facsimile transmission from
          (619) 330-4657 and transmission was reported as complete and without error. A
21        copy of the transmission report is attached to this affidavit.

22 I declare under penalty of perjury under the laws of the State of California that the foregoing is
   true and correct.  Executed on March 12, 2009, at San Diego, California.
23

24

25                                                    Aaron Owens

26

27

28

                                                                        **EXHIBIT D**

316 ████████████val 12/13/07  2:43p   12/31/07   12:47p        2.4

**LAW OFFICE OF DANIEL J. HORWITZ**
110 West C Street, Suite 913
San Diego, California  92101
Tel. (619) 236-1149
Fax: (619) 236-0793


<u>VALIDATION NOTICE</u>


December 12, 2007


TO:

RE:  California Accounts Service,
     Assignee of AMBULATORY CARE SURGERY CENTER
     Principal amount of claim: <u>$3,033.15</u>

AMBULATORY CARE SURGERY CENTER has assigned this claim for medical
services to CALIFORNIA ACCOUNTS SERVICE, who has in turn retained
me to collect your outstanding balance, interest at the legal
rate, and reimbursement of court costs and for attorney's fees on
your past-due account for services rendered.

Unless you notify this office within 30 days after receiving this
notice that you dispute the validity of the debt or any portion
thereof, this office will assume the debt is valid.

If you notify this office within 30 days after receiving this
notice that this debt, or any portion thereof, is disputed, this
office will obtain verification of the debt or obtain a copy of
the judgment and mail you a copy of such judgment or verification.

If within 30 days of your receipt of this notice you request that
this office provide you with the name and address of the original
creditor, if there is a different creditor from the named
creditor above, this information will be provided, or we will
confirm that the named creditor above is the original creditor.

This office is acting as a debt collector.  Any information
obtained will be used for that purpose.


Daniel J. Horwitz, Esq.
Attorney at Law


**EXHIBIT E**

308 ▓▓▓▓▓ Val    12/13/07  2:03p   12/19/07  2:07p         2.4

**LAW OFFICE OF DANIEL J. HORWITZ**
110 West C Street, Suite 913
San Diego, California  92101
Tel. (619) 236-1149
Fax: (619) 236-0793

<u>**VALIDATION NOTICE**</u>

December 12, 2007

TO: 

RE:  California Accounts Service,
     Assignee of AMBULATORY CARE SURGERY CENTER
     Principal amount of claim:  <u>$2,002.83</u>

AMBULATORY CARE SURGERY CENTER has assigned this claim for medical
services to CALIFORNIA ACCOUNTS SERVICE, who has in turn retained
me to collect your outstanding balance, interest at the legal
rate, and reimbursement of court costs on your past-due account
for services rendered.

Unless you notify this office within 30 days after receiving this
notice that you dispute the validity of the debt or any portion
thereof, this office will assume the debt is valid.

If you notify this office within 30 days after receiving this
notice that this debt, or any portion thereof, is disputed, this
office will obtain verification of the debt or obtain a copy of
the judgment and mail you a copy of such judgment or verification.

If within 30 days of your receipt of this notice you request that
this office provide you with the name and address of the original
creditor, if there is a different creditor from the named
creditor above, this information will be provided, or we will
confirm that the named creditor above is the original creditor.

This office is acting as a debt collector.  Any information
obtained will be used for that purpose.

Daniel J. Horwitz, Esq.
Attorney at Law

**EXHIBIT F**

894 ██████ val    4/9/08    8:18a    4/9/08    8:19a         2.2

**LAW OFFICE OF DANIEL J. HORWITZ**
110 West C Street, Suite 913
San Diego, California  92101
Tel. (619) 236-1149
Fax: (619) 236-0793

<u>**VALIDATION NOTICE**</u>

April 9, 2008

TO: ██████████████████████

RE: ████████████████████
      Principal Amount Demanded: $18,591.33

Your former attorneys, ███████████ have retained me to collect
your outstanding balance, interest at the contract rate, and
reimbursement of any court costs incurred, on your past-due
account for legal services rendered.

Unless you notify this office within 30 days after receiving this
notice that you dispute the validity of the debt or any portion
thereof, this office will assume the debt is valid.

If you notify this office within 30 days after receiving this
notice that this debt, or any portion thereof, is disputed, this
office will obtain verification of the debt or obtain a copy of
the judgment and mail you a copy of such judgment or verification.

If within 30 days of your receipt of this notice you request that
this office provide you with the name and address of the original
creditor, if there is a different creditor from the named
creditor above, this information will be provided, or we will
confirm that the named creditor above is the original creditor.

This office is acting as a debt collector.  Any information
obtained will be used for that purpose.

Daniel J. Horwitz, Esq.,
Attorney at Law

**EXHIBIT G**

4/16/08

# CALIFORNIA ASSOCIATION OF COLLECTORS, INC.

## 2008 Legal School

# The Law Works For You



## PRESENTED BY RONALD H. SARGIS
## HEFNER, STARK & MAROIS, LLP



2710 Gateway Oaks Drive
Suite 300 South Sacramento,
CA 95833-3505 Tel: (916)
925-6620 Fax: (916) 925-1127
Email: rsargis@hsmlaw.com

EXHIBIT H

325 ⬛ val 4/17/08   11:57a  4/17/08   12:01p      2.4

**LAW OFFICE OF DANIEL J. HORWITZ**
110 West C Street, Suite 913
San Diego, California  92101
Tel. (619) 236-1149
Fax: (619) 236-0793

**VALIDATION NOTICE**

April 17, 2008

TO: 

RE: California Accounts Service,
Assignee of CARDIAC ARRHYTHMIA ASSOCIATES
Amount demanded: **$1,305.12**

CARDIAC ARRHYTHMIA ASSOCIATES have assigned this claim for medical
services to CALIFORNIA ACCOUNTS SERVICE, who has in turn retained
me to collect your outstanding balance, interest at the legal
rate, and reimbursement of court costs on your past-due account
for services rendered.

Unless you notify this office in writing within 30 days after
receiving this notice that you dispute the validity of the debt or
any portion thereof, this office will assume the debt is valid.
If you notify this office in writing within 30 days after
receiving notice that this debt, or any portion thereof, is
disputed, this office will obtain verification of the debt or
obtain a copy of the judgment and mail you a copy of such judgment
or verification.  If you request this office in writing within 30
days after receiving this notice, this office will provide you
with the name and address of the original creditor, if different
from the current creditor.

This office is acting as a debt collector.  Any information
obtained will be used for that purpose.

Daniel J. Horwitz, Esq.
Attorney at Law

**EXHIBIT I**

898  Val     5/9/08     2:55p    5/9/08     2:57p        2.2

**LAW OFFICE OF DANIEL J. HORWITZ**
110 West C Street, Suite 913
San Diego, California  92101
Tel. (619) 236-1149
Fax: (619) 236-0793

## VALIDATION NOTICE

May 5, 2008

TO:

RE:
      Amount Demanded: $11,181.87

Your former attorneys, ▓▓▓▓▓▓▓▓▓▓▓ have retained me to collect
your outstanding balance, interest at the contract rate, and
reimbursement of any court costs incurred, on your past-due
account for legal services rendered.

Unless you notify this office in writing within 30 days after
receiving this notice that you dispute the validity of the debt or
any portion thereof, this office will assume the debt is valid.
If you notify this office in writing within 30 days after
receiving notice that this debt, or any portion thereof, is
disputed, this office will obtain verification of the debt or
obtain a copy of the judgment and mail you a copy of such judgment
or verification.  If you request this office in writing within 30
days after receiving this notice, this office will provide you
with the name and address of the original creditor, if different
from the current creditor.

This office is acting as a debt collector.  Any information
obtained will be used for that purpose.

Daniel J. Horwitz, Esq.,
Attorney at Law

**EXHIBIT J**

291  Validation language
                4/27/08   11:22a  5/12/08   11:22a

     This advice pertains to your relationship with me as a debt
collector.  It does not affect your dealings with the court, and
in particular it does not change the time at which you must answer
the complaint.  The summons is a command from the court, not from
me, and you must follow its instructions even if you dispute the
validity or amount of the debt.  The advice in this letter also
does not affect my relations with the court.  As a lawyer, I may
file papers in the suit according to the court's rules and the
judge's instructions.

**EXHIBIT K**

327 ████ val   5/14/08   2:08p   5/19/08   1:43p        2.4

**LAW OFFICE OF DANIEL J. HORWITZ**
110 West C Street, Suite 913
San Diego, California 92101
Tel. (619) 236-1149
Fax: (619) 236-0793

<u>**VALIDATION NOTICE**</u>

May 16, 2008

TO: ████████████████████

RE:  California Accounts Service,
     Assignee of PAUL W. TAYLOR DMD
     Amount demanded: <u>**$1,485.20**</u>

PAUL W. TAYLOR DMD has assigned this claim for dental services to
CALIFORNIA ACCOUNTS SERVICE, who has in turn retained me to
collect your outstanding balance, interest at the legal rate, and
reimbursement of court costs on your past-due account for services
rendered.

Unless you notify this office in writing within 30 days after
receiving this notice that you dispute the validity of the debt or
any portion thereof, this office will assume the debt is valid.
If you notify this office in writing within 30 days after
receiving notice that this debt, or any portion thereof, is
disputed, this office will obtain verification of the debt or
obtain a copy of the judgment and mail you a copy of such judgment
or verification.  If you request this office in writing within 30
days after receiving this notice, this office will provide you
with the name and address of the original creditor, if different
from the current creditor.

This advice pertains to your relationship with me as a debt
collector.  It does not affect your dealings with the court, and
in particular it does not change the time at which you must answer
the complaint.  The summons is a command from the court, not from
me, and you must follow its instructions even if you dispute the
validity or amount of the debt.  The advice in this letter also
does not affect my relations with the court.  As a lawyer, I may
file papers in the suit according to the court's rules and the
judge's instructions.

This office is acting as a debt collector.  Any information
obtained will be used for that purpose.

Daniel J. Horwitz, Esq.
Attorney at Law

**EXHIBIT L**

901 ▬▬▬ val   5/19/08   1:45p   10/23/08   2:18p          2.2

**LAW OFFICE OF DANIEL J. HORWITZ**
110 West C Street, Suite 913
San Diego, California  92101
Tel. (619) 236-1149
Fax: (619) 236-0793

<u>**VALIDATION NOTICE**</u>

May 19, 2008

TO: ▬▬▬▬▬▬▬▬▬▬

RE: ▬▬▬▬▬▬▬
         Amount Demanded: $24,919.38

Your former attorneys, ▬▬▬▬▬▬ have retained me to collect
your outstanding balance, interest at the contract rate, and
reimbursement of any court costs incurred, on your past-due
account for legal services rendered.

Unless you notify this office in writing within 30 days after
receiving this notice that you dispute the validity of the debt or
any portion thereof, this office will assume the debt is valid.
If you notify this office in writing within 30 days after
receiving notice that this debt, or any portion thereof, is
disputed, this office will obtain verification of the debt or
obtain a copy of the judgment and mail you a copy of such judgment
or verification.  If you request this office in writing within 30
days after receiving this notice, this office will provide you
with the name and address of the original creditor, if different
from the current creditor.

This advice pertains to your relationship with me as a debt
collector.  It does not affect your dealings with the court, and
in particular it does not change the time at which you must answer
the complaint.  The summons is a command from the court, not from
me, and you must follow its instructions even if you dispute the
validity or amount of the debt.  The advice in this letter also
does not affect my relations with the court.  As a lawyer, I may
file papers in the suit according to the court's rules and the
judge's instructions.

This office is acting as a debt collector.  Any information
obtained will be used for that purpose.

Daniel J. Horwitz, Esq.,
Attorney at Law

**EXHIBIT M**

353 ▒▒▒▒▒▒▒▒ val 9/9/08    10:47a  9/10/08    9:16a  2.5

**LAW OFFICE OF DANIEL J. HORWITZ**
110 West C Street, Suite 913
San Diego, California  92101
Tel. (619) 236-1149
Fax: (619) 236-0793

### VALIDATION NOTICE

September 9, 2008

TO:  ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
     ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
     ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒

RE:  California Accounts Service,
     Assignee of COASTAL ORTHOPAEDICS & SPORTS MEDICAL GROUP, INC.
     Amount demanded:  **$2,862.00**

COASTAL ORTHOPAEDICS & SPORTS MEDICAL GROUP, INC. has assigned
this claim for medical services to CALIFORNIA ACCOUNTS SERVICE,
who has in turn retained me to collect your outstanding balance,
interest at the legal rate, and reimbursement of court costs on
your past-due account for services rendered.

Unless you notify this office in writing within 30 days after
receiving this notice that you dispute the validity of the debt or
any portion thereof, this office will assume the debt is valid.
If you notify this office in writing within 30 days after
receiving notice that this debt, or any portion thereof, is
disputed, this office will obtain verification of the debt or
obtain a copy of the judgment and mail you a copy of such judgment
or verification.  If you request this office in writing within 30
days after receiving this notice, this office will provide you
with the name and address of the original creditor, if different
from the current creditor.

This advice pertains to your relationship with me as a debt
collector.  It does not affect your dealings with the court, and
in particular it does not change the time at which you must answer
the complaint.  The summons is a command from the court, not from
me, and you must follow its instructions even if you dispute the
validity or amount of the debt.  The advice in this letter also
does not affect my relations with the court.  As a lawyer, I may
file papers in the suit according to the court's rules and the
judge's instructions.

This office is acting as a debt collector.  Any information
obtained will be used for that purpose.


Daniel J. Horwitz, Esq.
Attorney at Law

**EXHIBIT N**