Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erica Welker | Case No: 08-CV-2259 IEG (WMc) |
|                Plaintiff, | **Plaintiff's Evidentiary Objections To Defendant's Opposition To Plaintiff's Motion for Summary Judgment** |
| v. | |
| Law Office of Daniel J. Horwitz | Date: March 23, 2010<br>Time:  9:30 AM |
|         Defendant. | Location: U.S. District Court<br>         Federal Courthouse,<br>         940 Front Street,<br>         Courtroom #1, 4th Floor |
| | Judge:  Hon. Irma E. Gonzalez |

**HYDE & SWIGART**
San Diego, California

I.    **EVIDENTIARY OBJECTIONS**

Plaintiff objects to the following portions of declarations and evidence submitted by Defendant.

A.   **DECLARATION OF DANIEL J. HORWITZ**

1. Paragraph 10

"By looking at the validation letters that I have used in my collection law practice, I am able to show how a bona error resulted in the use of an outdated validation  notice form that is the basis for this action"

**Objection**:  This statement is impermissible argument and attempts to opine on one of the legal issues in this case, Defendant's assertion of the Bona Fide Error defense.  This statement should be struck.

2. Paragraph 13

"Based on Mr. Sargis' recommendations, I elected to change my validation notices to confirm to his advise."

**Objection**:   This statement contains impermissible hearsay under F.R.E. § 802, as it attempts to inform the court what advice Mr. Sargis provided or did not provide to Defendant.  This statement should be struck.

B.   **PLAINTIFF OBJECTS TO DEFENDANT'S USE OF UNPUBLISHED DECISIONS**

Further, Plaintiff objects to the defendant's repeated citing of unpublished decisions and requests the Court give no weight to that authority to the following:

1. *Rie v. Rosen*, 2005 WL 39866 (2nd Dist. 2005); Def. Opp. at p. 2;

2. *Cassady v. Union Adjustment Co.*, WL 4773976 (N.D. Cal. 2008); Def. Opp. at p. 5

Respectfully submitted,              **Hyde & Swigart**


Date: March 15, 2010                  By:/s/ Robert L. Hyde_____
                                      Robert L. Hyde
                                      Attorneys for the Plaintiff

**HYDE & SWIGART**
San Diego, California